**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Eaze Technologies, Inc.** |
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | **Eaze Solutions, Inc.** <br> **TA  Eaze** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-1905514** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2800 3rd Street, Ste 201** <br> **San Francisco, CA 94107** <br> Number, Street, City, State & ZIP Code | **2467 Sheridan Blvd, Ste 201** <br> **Denver, CO 80214** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **San Francisco** <br> County | **Location of principal assets, if different from principal place of business** <br> **4895 State Rte 99, Ste C Stockton, CA 95215** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **n/a** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Case: 25-30219    Doc# 1    Filed: 03/21/25    Entered: 03/21/25 14:38:51    Page 1 of 62

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____**4599**_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

Case: 25-30219   Doc# 1   Filed: 03/21/25   Entered: 03/21/25 14:38:51   Page 2 of 62

| | | | |
|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | _____ | Relationship _____ |
| | District | _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in** *this district?*    Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

     Contact name _____

     Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**    Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case: 25-30219    Doc# 1    Filed: 03/21/25    Entered: 03/21/25 14:38:51    Page 3 of 62

| | Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 21, 2025**
MM / DD / YYYY

X _____      **Cory Azzalino**
Signature of authorized representative of debtor      Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

X _____      Date    **March 21, 2025**
Signature of attorney for debtor        MM / DD / YYYY

**David L. Neale 141225**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
Firm name

**2818 La Cienega Ave.**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 229-1234**      Email address    **dln@lnbyg.com**

**141225 CA**
Bar number and State

**CERTIFICATE OF EAZE TECHNOLOGIES, INC.**
**A DELAWARE CORPORATION**
**AUTHORIZING FILING OF PETITION UNDER**
**CHAPTER 7 OF THE BANKRUPTCY CODE**

I, Cory Azzalino, hereby certify as follows:

1.  I am the authorized representative of Eaze Technologies, Inc. (the "Company").

2.  At a special meeting of the Company's board of directors, the following resolutions were duly enacted, and the same remain in full force and effect, without modification, as of the date hereof:

> **RESOLVED**, that Cory Azzalino ("Director") is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 7 of Title 11, United States Code;

> **FURTHER RESOLVED**, that Director is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 7 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

> **FURTHER RESOLVED**, that Director is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Director deems necessary and proper in connection with the Company's bankruptcy case without further approval of the members;

**FURTHER RESOLVED** that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Golubchik L.L.P. as bankruptcy counsel for the Company for purposes of, among other things, commencing the Company's bankruptcy case and performing those services relating to the case as have been agreed upon between the parties.

Dated: March 17, 2025

EAZE TECHNOLOGIES, INC.

By: _____
Cory Azzalino
Its: Director

2

Debtor name    **Eaze Technologies, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 21, 2025**    X _____
                                          Signature of individual signing on behalf of debtor

                                          **Cory Azzalino**
                                          Printed name

                                          **Chief Executive Officer**
                                          Position or relationship to debtor

Debtor name  **Eaze Technologies, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................................  $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................................  $ _____ 0.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................  $ _____ 0.00

| Part 2: | Summary of Liabilities |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $ _____ 0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................  $ _____ 1,606,708.48

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$ _____ 2,059,519.69

4.  **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b                                                                                                          $ _____ 3,666,228.17

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Eaze Technologies, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**                                    **Current value of debtor's interest**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. Does the debtor own any investments?

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. Does the debtor own any inventory (excluding agriculture assets)?

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Case: 25-30219    Doc# 1    Filed: 03/21/25    Entered: 03/21/25 14:38:51    Page 10 of 62

Debtor    **Eaze Technologies, Inc.**                                    Case number *(If known)* _____
                  Name

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500,000.00** | **Unknown** |
|---|---|---|---|---|
| | **Atencio, Noguera, Labeucheri, et al** **c/o Blumenthal Nordrenhagh Bhowmik** **2255 Calle Clara** **La Jolla, CA 92037** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| | Date or dates debt was incurred<br>**October 30, 2024** | Basis for the claim:<br>**(Class Action: Case No: CGC-21-594434, and PAGA Action: Case No: CGC-21-594467)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Dan Kramer** **c/o HKM Employment Attorneys, LLP** **518 17th Street, #1100** **Bell, CA 90202** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employment, retaliation, disc.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Case: 25-30219   Doc# 1   Filed: 03/21/25   Entered: 03/21/25 14:38:51   Page 13 of 62

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$106,708.48** | $0.00 |
| | **Lonnie Levine** | Check all that apply. | | |
| | **c/o K2 Employment Law, APC** | ☐ Contingent | | |
| | **19849 Nordhoff Street** | ☐ Unliquidated | | |
| | **Northridge, CA 91324** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employment, discrimination retaliation, illegal recording, etc. State Court Case No (24STCV28273)** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No |
| | ☐ Yes |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | $0.00 |
| | **Patrick Murphy** | Check all that apply. | | |
| | **1816 F Street, Apt 11** | ☐ Contingent | | |
| | **Sacramento, CA 95811** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Employment: wage and hour** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No |
| | ☐ Yes |

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | $0.00 |
| | **Richard Calhoun** | Check all that apply. | | |
| | **c/o Equal Rights Law Group** | ☐ Contingent | | |
| | **1900 Avenue of the Stars, St 900** | ☐ Unliquidated | | |
| | **Los Angeles, CA 90067** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| **n/a** | **PAGA Wage and Hour Claim (Pending Arbitration, AAA No: 01-24-0006-3626)** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No |
| | ☐ Yes |

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | $0.00 |
| | **Shon Holt Nelson** | Check all that apply. | | |
| | **c/o Equal Rights Law Group** | ☐ Contingent | | |
| | **1900 Avenue of the Stars, St 900** | ☐ Unliquidated | | |
| | **Los Angeles, CA 90067** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **PAGA Wage and Hour Claim (Pending Arbitration, AAA No: 01-24-0006-3626)** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No |
| | ☐ Yes |

---

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | **Amount of claim** |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Accrualify, Inc.**
**333 S B Street, Suite 101**
**San Mateo, CA 94401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$93,500.00**

---

**3.2** Nonpriority creditor's name and mailing address

**Adara Anna Markman**
**12739 Jasmine Court**
**Brighton, CO 80602**

Date(s) debt was incurred  11/08/2024

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Workers Comp**

Is the claim subject to offset? ■ No ☐ Yes

**$10,538.04**

---

**3.3** Nonpriority creditor's name and mailing address

**Adrian Rohe**
**6028 Kerry Rd**
**Rohnert Park, CA 94928**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Insurance Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4** Nonpriority creditor's name and mailing address

**Alejandra Reyes Flores**
**c/o Davana Law, Alik Ekmekchyan**
**16000 Ventura Blvd. Suite 880**
**Encino, CA 91436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Insurance defense, Auto Accident**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5** Nonpriority creditor's name and mailing address

**Alex Soloman**
**5044 Geary Blvd, Apt 4**
**San Francisco, CA 94118**

Date(s) debt was incurred  06/07/2024

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Insurance Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6** Nonpriority creditor's name and mailing address

**Aman Ikram**
**12267 Glen Creek Rd**
**Cerritos, CA 90703**

Date(s) debt was incurred  03/24/2023

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Insurance Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Amber Patino** | ☐ Contingent | |
| | **19519 Melogold Circle** | ☑ Unliquidated | |
| | **Riverside, CA 92507** | ☑ Disputed | |
| | Date(s) debt was incurred  09/03/2024 | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Insurance Claim** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,540.00** |
|---|---|---|---|
| | **American Arbitration Association** | ☐ Contingent | |
| | **(Western Case Management Center)** | ☐ Unliquidated | |
| | **45 E River Park Place West Ste 308** | ☐ Disputed | |
| | **Fresno, CA 93720** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **arbitrator's deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Atencio, Noguera, Labeucherie, et a** | ☐ Contingent | |
| | **Blumenthal Nordrehaug Bhowmik** | ☐ Unliquidated | |
| | **2255 Calle Clara** | ☐ Disputed | |
| | **La Jolla, CA 92037** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **For Notice Purposes Only** | |
| | Last 4 digits of account number _ | **(Case No: CGC-21-594434, and Case No: CGC-21-594467)** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **BDG Media, Inc.** | ☐ Contingent | |
| | **315 Park Ave South, 11th Floor** | ☑ Unliquidated | |
| | **New York, NY 10010** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **outstanding balance** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$90,149.00** |
|---|---|---|---|
| | **Benchmark Insurance Company** | ☑ Contingent | |
| | **150 Lake Street West** | ☑ Unliquidated | |
| | **Wayzata, MN 55391** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Outstanding Balance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54,449.10** |
|---|---|---|---|
| | **Berbix Inc.** | ☐ Contingent | |
| | **2338 Market Street** | ☑ Unliquidated | |
| | **San Francisco, CA 94114** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **outstanding balance** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Blumenthal Nordrehaug Bhowmik** | ☐ Contingent | |
| | **2255 Calle Clara** | ☐ Unliquidated | |
| | **La Jolla, CA 92037** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **For Notice Purposes Only** | |
| | Last 4 digits of account number _ | **(Class Action: Case No: CGC-21-594434, and PAGA Action: Case No: CGC-21-594467)** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | Eaze Technologies, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.14**

Nonpriority creditor's name and mailing address
**Budget Control Services, Inc**
**PO BOX 370107**
**Denver, CO 80237-0107**

Date(s) debt was incurred  **August 5, 2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Default Judgment**

Is the claim subject to offset? ■ No ☐ Yes

**$21,619.50**

---

**3.15**

Nonpriority creditor's name and mailing address
**Christopher Blom**
**8591 Skyline Dr**
**Los Angeles, CA 90046**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Workers Com**

Is the claim subject to offset? ■ No ☐ Yes

**$81,137.33**

---

**3.16**

Nonpriority creditor's name and mailing address
**Christopher Diamond**
**37224 CHARTER OAKS BLVD**
**Clinton Township, MI 48036**

Date(s) debt was incurred  **10/30/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Insurance Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.17**

Nonpriority creditor's name and mailing address
**Emanuele Mayer**
**100 Palm Valley Blvd #1025**
**San Jose, CA 95123**

Date(s) debt was incurred  **11/30/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.18**

Nonpriority creditor's name and mailing address
**Equal Rights Law Group**
**1900 Avenue of the Stars, Suite 900**
**Los Angeles, CA 90067**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.19**

Nonpriority creditor's name and mailing address
**Finicity Corporation**
**434 W Ascension Way, Suite 200**
**Salt Lake City, UT 84123**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.20**

Nonpriority creditor's name and mailing address
**Game and Beyond Inc**
**701 W. Redondo Beach Blvd., St 1002**
**Gardena, CA 90247**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,850.00 |
|---|---|---|---|

**James River Insurance Co**
**PO Box #74304**
**Cleveland, OH 44194**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  outstanding balance 

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jenna Kubiak**
**c/o Younglove Law Group, LLP**
**4685 MacArthur Court, Suite 320**
**Newport Beach, CA 92660**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Third Party to Insurance Claim 

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jose Cardenas**
**2031 Delford Ave**
**Duarte, CA 91010**

Date(s) debt was incurred  09/06/2024 
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Third Party to an Insurance Defense Claim 

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,096.30 |
|---|---|---|---|

**Knight Nicastro Mackay, LLC**
**1401 Walnut Street, Ste 200**
**Boulder, CO 80302**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Nonpayment 

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,887.50 |
|---|---|---|---|

**Kroll, LLC**
**555 12th Street, N.W. Suite 600**
**Washington, DC 20004**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  outstanding balance 

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lee L Haas**
**Haas & Castillo, PLLC**
**4625 East Bay Drive, Suite 313**
**Clearwater, FL 33764**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  For Notice Purposes Only 

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,382.15 |
|---|---|---|---|

**Lima Shinwari**
**455 buena vista ave, #110**
**Alameda, CA 94501**

Date(s) debt was incurred  11/13/2024 
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,450.00 |
|---|---|---|---|
| | **Macias Gini & O'Connell LLP** | ☐ Contingent | |
| | **777 3rd Ave, 29th Floor** | ■ Unliquidated | |
| | **New York, NY 10017** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Nonpayment | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,868.16 |
|---|---|---|---|
| | **Marc Strickland** | ☐ Contingent | |
| | **146 McAllister St Apt 217** | ■ Unliquidated | |
| | **San Francisco, CA 94102** | ■ Disputed | |
| | Date(s) debt was incurred  09/29/2024 | Basis for the claim:  Workers Comp | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Martin Velasco** | ☐ Contingent | |
| | **3330 65th Ave Oakland** | ■ Unliquidated | |
| | **Oakland, CA 94605** | ■ Disputed | |
| | Date(s) debt was incurred  09/19/2024 | Basis for the claim:  Insurance Claim | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **PeopleGuru** | ☐ Contingent | |
| | **101 S Hoover Blvd. Suite 100** | ■ Unliquidated | |
| | **Tampa, FL 33609** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Last amount due Feb. 1, 2025 | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166,413.59 |
|---|---|---|---|
| | **Prodege** | ☐ Contingent | |
| | **2030 East Maple Ave** | ☐ Unliquidated | |
| | **El Segundo, CA 90245** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Nonpayment | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Raphael Sousa Ferreira** | ☐ Contingent | |
| | **2000 S Delaware St. Apt 304** | ■ Unliquidated | |
| | **San Mateo, CA 94403** | ■ Disputed | |
| | Date(s) debt was incurred  09/10/2024 | Basis for the claim:  Insurance Claim | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Ryan McGuffey** | ☐ Contingent | |
| | **11757 Lerdo Avenue** | ■ Unliquidated | |
| | **Granada Hills, CA 91344** | ■ Disputed | |
| | Date(s) debt was incurred  07/07/2024 | Basis for the claim:  Insurance Claim | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,339.82 |
|---|---|---|---|

**Samuel Acosta**
**200 RIVERFRONT DR, #1i**
**Detroit, MI 48226**

Date(s) debt was incurred  _10/13/2024_

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  _Workers Comp_

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,499.11 |
|---|---|---|---|

**Shawn Carter**
**7201 Alpine Frost Dr**
**Sacramento, CA 95823**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  _Workers Com_

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Shelby Ballestero**
**1724 N Edgemont St, Apt 211**
**Los Angeles, CA 90027**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  _Insurance Claim_

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Stephanie Kirianoff**
**3258 OVERLAND AVE #13**
**Los Angeles, CA 90034**

Date(s) debt was incurred  _11/30/2023_

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  _Insurance Claim_

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,379.69 |
|---|---|---|---|

**Steven Shaw**
**175 Sands Parc Blvd, Apt #301**
**Daytona Beach, FL 32117**

Date(s) debt was incurred  _11/14/2024_

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  _Workers Comp_

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Superior Herbal Health (Clinik LA)**
**c/o Law Offices of Allen Hyman**
**10737 Riverside Drive**
**North Hollywood, CA 91062**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  _Breach of Contract_

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,120.00 |
|---|---|---|---|

**The Clay Company, Inc**
**2247 San Diego Ave, Ste 130**
**San Diego, CA 92110**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  _Outstanding Balance_

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Thomas Williams**
**310 E Grand Ave**
**El Segundo, CA 90245**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  08/05/2024

Basis for the claim:  **Insurance Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,709.67** |
|---|---|---|---|

**Trisha McDowell**
**25 Myrtle Ave**
**Cotati, CA 94931**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  08/25/2024

Basis for the claim:  **Workers Comp**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Virgilio Torres**
**c/o Igor Fradkin,  Downtown LA Law**
**910 S Broadway**
**Los Angeles, CA 90015**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Insurance Defense**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**West 4th Holdings LLC**
**P.O. Box 264**
**Kulpsville, PA 19443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Outstanding balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$180,164.00** |
|---|---|---|---|

**WilmerHale**
**60 State Street**
**Boston, MA 02109**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Outstanding Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$97,764.73** |
|---|---|---|---|

**Wilson Sonsini**
**1301 6th Ave #40**
**New York, NY 10019**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **outstanding balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,600.00** |
|---|---|---|---|

**Withum**
**PO Box 5340**
**Princeton, NJ 08543**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Outstanding Balance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $779,062.00 |
|------|---|---|---|

**Wolf Rock Holdings, LLC**
**411 Delaware Street**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Leasehold Interest__

Is the claim subject to offset? ■ No  ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Equal Rights Law Group** **1900 Avenue of the Stars** **Los Angeles, CA 90067** | Line __3.9__ ☐ Not listed. Explain ____ | __ |
| 4.2 | **Game and Beyond Inc.** **701 W. Redondo Beach Blvd., St 200** **Gardena, CA 90247** | Line __2.6__ ☐ Not listed. Explain ____ | __ |
| 4.3 | **Game and Beyond, Inc.** **701 W. Redondo Beach Blvd., St 200** **Gardena, CA 90247** | Line __2.5__ ☐ Not listed. Explain ____ | __ |

---

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 1,606,708.48 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,059,519.69 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 3,666,228.17 |

Fill in this information to identify the case:

Debtor name **Eaze Technologies, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Payment solution contract** | |
| State the term remaining — **4 Months** | **Accrualify, Inc.**<br>**333 S B Street, Suite 101**<br>**San Mateo, CA 94401** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Bank Account Verification contract** | |
| State the term remaining — **11 months remaining** | **Finicity Corporation**<br>**434 W Ascension Way, Ste 200**<br>**Salt Lake City, UT 84123** |
| List the contract number of any government contract | |

Debtor name     **Eaze Technologies, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of**
   **creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | **Glenarm Capital , LLC** | **2467 Sheridan Blvd, Suite A Denver, CO 80214** | **PeopleGuru** | ☐ D _____<br>■ E/F ___3.31___<br>☐ G _____ |
| 2.2 | **Stachs, LLC** | **2467 Sheridan Blvd, Ste A Edgewater, CO 80214** | **PeopleGuru** | ☐ D _____<br>■ E/F ___3.31___<br>☐ G _____ |
| 2.3 | **Stachs, LLC** | **2467 Sheridan Blvd, Ste A Edgewater, CO 80214** | **Atencio, Noguera, Labeucheri, et al** | ☐ D _____<br>■ E/F ___2.1___<br>☐ G _____ |
| 2.4 | **Stachs, LLC** | **2467 Sheridan Blvd, Ste A Edgewater, CO 80214** | **Richard Calhoun** | ☐ D _____<br>■ E/F ___2.5___<br>☐ G _____ |
| 2.5 | **Stachs, LLC** | **2467 Sheridan Blvd, Ste A Edgewater, CO 80214** | **Shon Holt Nelson** | ☐ D _____<br>■ E/F ___2.6___<br>☐ G _____ |

Case: 25-30219     Doc# 1     Filed: 03/21/25     Entered: 03/21/25 14:38:51     Page 24 of 62

| | Additional Page to List More Codebtors |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                            *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | **Stachs, LLC** | 2467 Sheridan Blvd, Ste A<br>Edgewater, CO 80214 | **American Arbitration<br>Association** | ☐ D _____<br>■ E/F ___3.8___<br>☐ G _____ |
| 2.7 | **Stachs, LLC** | 2467 Sheridan Blvd, Ste A<br>Edgewater, CO 80214 | **Lonnie Levine** | ☐ D _____<br>■ E/F ___2.3___<br>☐ G _____ |
| 2.8 | **Stachs, LLC** | 2467 Sheridan Blvd, Ste A<br>Edgewater, CO 80214 | **Alejandra Reyes<br>Flores** | ☐ D _____<br>■ E/F ___3.4___<br>☐ G _____ |
| 2.9 | **Stachs, LLC** | 2467 Sheridan Blvd, Ste A<br>Edgewater, CO 80214 | **Jenna Kubiak** | ☐ D _____<br>■ E/F ___3.22___<br>☐ G _____ |
| 2.10 | **Stachs, LLC** | 2467 Sheridan Blvd, Ste A<br>Edgewater, CO 80214 | **Patrick Murphy** | ☐ D _____<br>■ E/F ___2.4___<br>☐ G _____ |
| 2.11 | **Stachs, LLC** | 2467 Sheridan Blvd, Ste A<br>Edgewater, CO 80214 | **Trisha McDowell** | ☐ D _____<br>■ E/F ___3.43___<br>☐ G _____ |
| 2.12 | **Stachs, LLC** | 2467 Sheridan Blvd, Ste A<br>Edgewater, CO 80214 | **Virgilio Torres** | ☐ D _____<br>■ E/F ___3.44___<br>☐ G _____ |
| 2.13 | **Stachs, LLC** | 2467 Sheridan Blvd, Ste A<br>Edgewater, CO 80214 | **Thomas Williams** | ☐ D _____<br>■ E/F ___3.42___<br>☐ G _____ |

| Debtor | Eaze Technologies, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| 2.14 | Stachs, LLC | 2467 Sheridan Blvd, Ste A<br>Edgewater, CO 80214 | Steven Shaw | ☐ D ____<br>■ E/F __3.39__<br>☐ G ____ |
|---|---|---|---|---|
| 2.15 | Stachs, LLC | 2467 Sheridan Blvd, Ste A<br>Edgewater, CO 80214 | Stephanie Kirianoff | ☐ D ____<br>■ E/F __3.38__<br>☐ G ____ |
| 2.16 | Stachs, LLC | 2467 Sheridan Blvd, Ste A<br>Edgewater, CO 80214 | Shelby Ballestero | ☐ D ____<br>■ E/F __3.37__<br>☐ G ____ |
| 2.17 | Stachs, LLC | 2467 Sheridan Blvd, Ste A<br>Edgewater, CO 80214 | Shawn Carter | ☐ D ____<br>■ E/F __3.36__<br>☐ G ____ |
| 2.18 | Stachs, LLC | 2467 Sheridan Blvd, Ste A<br>Edgewater, CO 80214 | Samuel Acosta | ☐ D ____<br>■ E/F __3.35__<br>☐ G ____ |
| 2.19 | Stachs, LLC | 2467 Sheridan Blvd, Ste A<br>Edgewater, CO 80214 | Ryan McGuffey | ☐ D ____<br>■ E/F __3.34__<br>☐ G ____ |
| 2.20 | Stachs, LLC | 2467 Sheridan Blvd, Ste A<br>Edgewater, CO 80214 | Raphael Sousa<br>Ferreira | ☐ D ____<br>■ E/F __3.33__<br>☐ G ____ |
| 2.21 | Stachs, LLC | 2467 Sheridan Blvd, Ste A<br>Edgewater, CO 80214 | Marc Strickland | ☐ D ____<br>■ E/F __3.29__<br>☐ G ____ |

| Debtor | Eaze Technologies, Inc. | | Case number (if known) | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                        *Column 2:* **Creditor**

| 2.22 | **Stachs, LLC** | **2467 Sheridan Blvd, Ste A Edgewater, CO 80214** | **Lima Shinwari** | ☐ D _____ ■ E/F __3.27__ ☐ G _____ |

| 2.23 | **Stachs, LLC** | **2467 Sheridan Blvd, Ste A Edgewater, CO 80214** | **Jose Cardenas** | ☐ D _____ ■ E/F __3.23__ ☐ G _____ |

| 2.24 | **Stachs, LLC** | **2467 Sheridan Blvd, Ste A Edgewater, CO 80214** | **Emanuele Mayer** | ☐ D _____ ■ E/F __3.17__ ☐ G _____ |

| 2.25 | **Stachs, LLC** | **2467 Sheridan Blvd, Ste A Edgewater, CO 80214** | **Christopher Diamond** | ☐ D _____ ■ E/F __3.16__ ☐ G _____ |

| 2.26 | **Stachs, LLC** | **2467 Sheridan Blvd, Ste A Edgewater, CO 80214** | **Christopher Blom** | ☐ D _____ ■ E/F __3.15__ ☐ G _____ |

| 2.27 | **Stachs, LLC** | **2467 Sheridan Blvd, Ste A Edgewater, CO 80214** | **Amber Patino** | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |

| 2.28 | **Stachs, LLC** | **2467 Sheridan Blvd, Ste A Edgewater, CO 80214** | **Aman Ikram** | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |

| 2.29 | **Stachs, LLC** | **2467 Sheridan Blvd, Ste A Edgewater, CO 80214** | **Alex Soloman** | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |

| Debtor | Eaze Technologies, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                    Column 2: **Creditor**

| 2.30 | Stachs, LLC | 2467 Sheridan Blvd, Ste A<br>Edgewater, CO 80214 | Adrian Rohe | ☐ D _____<br>☑ E/F __3.3__<br>☐ G _____ |
|---|---|---|---|---|
| 2.31 | Stachs, LLC | 2467 Sheridan Blvd, Ste A<br>Edgewater, CO 80214 | Adara Anna Markman | ☐ D _____<br>☑ E/F __3.2__<br>☐ G _____ |
| 2.32 | Stachs, LLC | 2467 Sheridan Blvd, Ste A<br>Edgewater, CO 80214 | Thomas Williams | ☐ D _____<br>☑ E/F __3.42__<br>☐ G _____ |
| 2.33 | Stachs, LLC | 2467 Sheridan Blvd, Ste A<br>Edgewater, CO 80214 | Aman Ikram | ☐ D _____<br>☑ E/F __3.6__<br>☐ G _____ |
| 2.34 | Stachs, LLC | 2467 Sheridan Blvd, Ste A<br>Edgewater, CO 80214 | Martin Velasco | ☐ D _____<br>☑ E/F __3.30__<br>☐ G _____ |

Case: 25-30219     Doc# 1     Filed: 03/21/25     Entered: 03/21/25 14:38:51     Page 28 of 62

**Fill in this information to identify the case:**

Debtor name     **Eaze Technologies, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For prior year:** From **1/01/2024** to **12/31/2024** | ☑ Operating a business<br>☐ Other _____ | **$6,748,445.78** |
   | **For year before that:** From **1/01/2023** to **12/31/2023** | ☑ Operating a business<br>☐ Other _____ | **$13,680,677.55** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | **Non-business revenue** | **$0.00** |
   | **For prior year:** From **1/01/2024** to **12/31/2024** | **Interest income from IRS** | **$700,626.38** |
   | **For year before that:** From **1/01/2023** to **12/31/2023** | **Money Collected** | **$344.71** |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

Case: 25-30219    Doc# 1    Filed: 03/21/25    Entered: 03/21/25 14:38:51    Page 29 of 62

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>_Check all that apply_ |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. _Insiders_ include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See Attached Sheet 1** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **FoundersJT, LLC**<br>**505 S Flagler Drive, Suite 900**<br>**West Palm Beach, FL 33401** | **Defaulted on Senior Secured Note thereby forcing debtor into a UCC Article 9 Auction.** | 08/06/2024 | $54,106,448.00 |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Miguel Atencio, et al v.**<br>**Stachs, LLC; Eaze**<br>**Technologies, Inc**<br>**CGC-21-594467** | **PAGA** | **San Francisco County**<br>**Superior Court**<br>**400 McAllister Street**<br>**San Francisco, CA 94102** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | Miguel Atencio, et al v. Stachs, LLC; Eaze Technologies, Inc<br>CGC-21-594434 | Employment<br>Class Action | San Francisco County Superior Court<br>400 McAllister Street<br>San Francisco, CA 94102 | ☐ Pending<br>☐ On appeal<br>◼ Concluded |
| 7.3. | See Attached Sheet 2 for additional matters | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

◼ None

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

◼ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

◼ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Case: 25-30219   Doc# 1   Filed: 03/21/25   Entered: 03/21/25 14:38:51   Page 31 of 62

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Levene Neale Bender Yoo & Golubchik LLP 2818 La Cienega Avenue Los Angeles, CA 90034** | | | **$15,000.00** |

**Email or website address**

**Who made the payment, if not debtor?**
Eaze Inc.

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

**Part 8:  Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:  Personally Identifiable Information**

| Debtor | Eaze Technologies, Inc. | Case number (if known) |
|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Customer information related to retail sales**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Wurk Multiple Employer** | EIN: **87-2163635** |

Has the plan been terminated?
■ No
☐ Yes

---

<strong>Part 10:</strong> Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **East West Bank**<br>**135 N Los Robles Ave, Ste 100**<br>**Pasadena, CA 91101** | **XXXX-0450** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/01/2025** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Case: 25-30219   Doc# 1   Filed: 03/21/25   Entered: 03/21/25 14:38:51   Page 33 of 62

Debtor  **Eaze Technologies, Inc.**                              Case number (if known) _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| | | Dates business existed |

Official Form 207                     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                     page 6

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.   **See attached Sheet 3** | | **EIN:** |
| | | **From-To** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

�■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

�■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.   **Eaze Inc.**<br>**2467 Sheridan Boulevard, Suite A**<br>**Denver, CO 80214** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.   **XS Financial**
**1901 Avenue of the Stars, Ste 120**
**Los Angeles, CA 90067**

26d.2.   **East West Bank**
**135 N Los Robles Ave, Ste 100**
**Pasadena, CA 91101**

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **Cory Azzalino** | **6143 W 83rd PL**<br>**Los Angeles, CA 90045** | **Board Member** | **0%** |

| Debtor | Eaze Technologies, Inc. | | Case number (if known) | |
|---|---|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Francis Handley III | 1145 Milwaukee Street Denver, CO 80206 | Board Member | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **See attached Sheet 4** | | | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **See Attached Sheet 5** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:**   Signature and Declaration

       **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

       I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

       I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 21, 2025**

_____      **Cory Azzalino**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# SHEET 1_Official Form 207 Pt. 2 No (3). 4

| Insider's Name | Insider's Address | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 3/5/2024 | $ 21.01 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 3/5/2024 | $ 35.59 | Travel Meal Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 3/5/2024 | $ 27.09 | Travel Meal Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 3/8/2024 | $ 33.28 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 3/8/2024 | $ 36.94 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 3/8/2024 | $ 358.10 | Airfare Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 3/8/2024 | $ 2,649.80 | Hotel/Lodging Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 3/8/2024 | $ 56.37 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 3/8/2024 | $ 398.10 | Airfare Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 3/8/2024 | $ 97.10 | Airfare Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 3/8/2024 | $ 158.10 | Airfare Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 3/8/2024 | $ 100.00 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 3/8/2024 | $ 35.59 | Hotel/Lodging Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 3/11/2024 | $ 257.94 | Hotel/Lodging Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 3/11/2024 | $ 260.05 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 3/20/2024 | $ 45.98 | Meals & Entertainment Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 4/23/2024 | $ 242.21 | Hotel/Lodging Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 6/6/2024 | $ 76.22 | Meals & Entertainment Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 6/26/2024 | $ 61.60 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 7/7/2024 | $ 17.84 | Meals & Entertainment Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 7/7/2024 | $ 29.14 | Meals & Entertainment Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 7/7/2024 | $ 45.98 | Meals & Entertainment Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 7/7/2024 | $ 150.02 | Meals & Entertainment Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 7/30/2024 | $ 42.09 | Meals & Entertainment Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 8/5/2024 | $ 49.11 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 8/22/2024 | $ 60.00 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 8/29/2024 | $ 70.45 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 9/3/2024 | $ 427.11 | Hotel/Lodging Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 9/26/2024 | $ 23.52 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 10/26/2024 | $ 138.16 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 10/26/2024 | $ 27.97 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 10/26/2024 | $ 1,428.00 | Hotel/Lodging Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 10/26/2024 | $ 20.35 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 10/26/2024 | $ 47.97 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 10/26/2024 | $ 48.90 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 10/26/2024 | $ 21.96 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 10/26/2024 | $ 37.15 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 10/26/2024 | $ 19.96 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 10/26/2024 | $ 18.29 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 10/26/2024 | $ 21.89 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 10/26/2024 | $ 21.96 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 10/26/2024 | $ 19.92 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 10/26/2024 | $ 22.44 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 10/26/2024 | $ 31.78 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 10/26/2024 | $ 42.02 | Auto/Mileage/Ground Trans. Reimbursement |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | 10/26/2024 | $ 315.48 | Airfare Reimbursement Reimbursement |
| Fancis Handley III | 1154 Milwaukee St, Denver CO 80206 | 4/24/2024 | $ 82.83 | Auto/Mileage/Ground Trans. Reimbursement |
| Fancis Handley III | 1154 Milwaukee St, Denver CO 80206 | 8/5/2024 | $ 62.50 | Auto/Mileage/Ground Trans. Reimbursement |
| Fancis Handley III | 1154 Milwaukee St, Denver CO 80206 | 8/7/2024 | $ 199.33 | Hotel/Lodging Reimbursement |
| Fancis Handley III | 1154 Milwaukee St, Denver CO 80206 | 8/7/2024 | $ 244.33 | Hotel/Lodging Reimbursement |
| Fancis Handley III | 1154 Milwaukee St, Denver CO 80206 | 8/19/2024 | $ 390.88 | Hotel/Lodging Reimbursement |
| Fancis Handley III | 1154 Milwaukee St, Denver CO 80206 | 8/5/2024 | $ 529.48 | Hotel/Lodging Reimbursement |
| Fancis Handley III | 1154 Milwaukee St, Denver CO 80206 | 8/15/2024 | $ 17.76 | Auto/Mileage/Ground Trans. Reimbursement |
| Fancis Handley III | 1154 Milwaukee St, Denver CO 80206 | 8/19/2024 | $ 781.28 | Airfare Reimbursement Reimbursement |
| Fancis Handley III | 1154 Milwaukee St, Denver CO 80206 | 9/27/2024 | $ 56.00 | Legal Services Reimbursement |
| Fancis Handley III | 1154 Milwaukee St, Denver CO 80206 | 10/10/2024 | $ 94.17 | Auto/Mileage/Ground Trans. Reimbursement |

**OFFICIAL FORM 207**
Part 3, Continued

| Case Title | Case No | Nature of Case | Address | Status of Case |
|---|---|---|---|---|
| Richard Calhoun, an individual; and Shon Holt Nelson, an individual v. Eaze Technologies, Inc., a Delaware Corporation; Stachs LLC, a Delaware Limited Liability Company; and Does 1 through 25, inclusive | AAA No. 01-24-0006-3626 | Wage and Hour | American Arbitration Association Employment Arbitration Tribunal 725 South Figueroa, Suite 400, Los Angeles, CA 90017 | Pending |
| Richard Calhoun, an individual; and Shon Holt Nelson, an individual v. Eaze Technologies, Inc., a Delaware Corporation; Stachs LLC, a Delaware Limited Liability Company; and Does 1 through 25, inclusive | CGC-23-603931 | Wage and Hour | San Francisco County Superior Court 400 McAllister Street, San Francisco, CA 94102 | Pending |
| Exclusive Caregivers of California, Inc., a California corporation, v. Wildflower Brands, Inc., a Canada corporation, Wilton Management, LLC, a California limited liability company, WMI Consulting LTD, a Washington corporation, Stephen Pearce, an individual, William Maclean, an individual, Gregory | 22STCV21501 | Breach of Contract multiparty litigation | Superior Court of the State of California for the County of Los Angeles 600 S Commonwealth Ave, Los Angeles, CA 90005 | Settled |

| | | | | |
|---|---|---|---|---|
| J. Gaspar, an individual, Chris Navarro, an individual, Eaze Technologies, Inc., a Delaware corporation, and DOES 1-20, inclusive | | | | |
| Herbl, Inc., a California corporation v. Superior Herbl Health, LLC dba THE CLINIK LA, a California limited liability company, and Does 1 through 25, inclusive  CROSS COMPLAINT: Superior Herbl Health, LLC dba THE CLINIK LA, a California limited liability company v. Eaze Technologies, Inc., a Delaware corporation, and DOES 1 through 25, inclusive | 20CV03974 | Breach of Contract multiparty litigation | Superior Court of the State of California for the County of Santa Barbra, Anacapa Division  1100 Anacapa St, Santa Barbara, CA 93101 | Pending |
| Budget Control Services, Inc. v. Eaze Technologies, Inc. | 24C35868 | Debt Collection on Behalf of Knight Nicastro MacKay, LLC | County Court, Jefferson County, Colorado 100 Jefferson County Parkway, Golden, CO 80401 | Concluded with Default Judgment |
| Lonnie Levine v. Stachs, LLC dba EAZE | 01-23-0000-9536 | Employment, and illegal recording | American Arbitration Association Western Case | Suspension for Non-Payment |

| | | | | |
|---|---|---|---|---|
| | | | Management Center Patrick Tatum Vice President 45 E River Park Place West Suite 308 Fresno, CA 93720 | |
| Lonnie Levine v. Stachs, LLC dba Eaze, an unknown limited liability company; FoundersJT LLC, a foreign limited liability company; and DOES 1-50 inclusive | 24STCV28273 | Employment, illegal recording, and breach of contract | Superior Court of the State of California for the County of Los Angeles – Stanley Mosk Courthouse 111 N Hill St, Los Angeles, CA 90012 | Pending |
| Harmony Roberts v. Eaze Technologies, Inc.; Stachs, LLC | ADJ18809228 | Workers Compensation | State of California Department of Industrial Relations Division of Workers Compensation 1500 Hughes Way, C203, Long Beach, CA 90810 | Concluded |
| Daniel Kramer v. Eaze Technologies, Inc. | DD4DB3A0537AA | Employment, wrongful termination, retaliation | District Court, Weld County, Colorado 901 9th Street, Greeley, CO 80631 | Pending |
| Alejandra Reyes Flores, an individual v. Corey Candlish, an individual, and DOES 1 through 20, inclusive | 23VECV00634 | Auto Accident | Superior Court of California County of Los Angeles 600 S Commonwealth Ave, Los | Pending |

| | | | Angeles, CA 90005 | |
|---|---|---|---|---|
| Colin Oreilly v. Eaze Technologies, Inc. | WC-CM-974254 | Wage and Hour | State of California Department of Industrial Relations Labor Commissioner's Office 1500 Hughes Way, Ste C-202, Long Beach, CA 90810 | Concluded |
| Andrew Levine vs Eaze Technologies, Inc. | 2024-0825-SEM | Complaint to Compel Inspection of Books and Records Under 8 Del. C. § 220 | Delaware Court of Chancery Civil Action 600 North King Street, Suite 400 Wilmington, DE 19801 | Concluded |
| Jenna Kubiak v. Aman Ikram; Eaze Technologies, Inc.; and DOES 1 through 100, inclusive | 30-2024-01445000-CU-PA-WJC | Auto Accident | Superior Court of the State of California for the County of Orange 700 W Civic Center Dr, Santa Ana, CA 92701 | Pending |
| Roberts / Eaze Inc., formerly known as Eaze Technologies | 202409-26220014 | Notice of Filing of Discrimination Complaint – | STATE OF CALIFORNIA | Civil Rights Department 651 Bannon Street, Suite 200 Sacramento, CA 95811 | Pending |

**Form 207, Part 13**

| Name | Address | Position and Nature of Interest | Period during which position of interest was held |
|---|---|---|---|
| FoundersJT, LLC | 505 S Flagler Dr., Ste 900, West Palm Beach, FL 33401 | Controlling Shareholder of Eaze Technologies, Inc. | 11/16/2018 - August 6, 2024 |
| Jim Clark | 505 S Flagler Dr., Ste 900, West Palm Beach, FL 33401 | Board Member | 04/16/2020 - 02/17/2023 |
| Cory Azzalino | 6143 W 83rd PL, Los Angeles, CA 90045 | CEO & Board Member | CEO: 9/26/2022 - November 3, 2024<br><br>Board Member: 9/26/2022 - Present |
| Francis Handley III | 1145 Milwaukee Street, Denver, CO 80206 | CFO & Board Member | CFO: February 1, 2022 - November 3, 2024<br><br>Board Member: June 20, 2024 - Present |
| David Chao | 3726 Las Vegas Blvd S Unit 3602, Las Vegas, NV 89158 | Board Member | April 29, 2015 - June 24, 2024 |

**OFFICIAL FORM 207**
**Part 13, Continued**
*Details About the Debtor's Business or Connections to Any Business*

| Business Name | Address | Describe the Nature of the Business | Employer Identification Number | Dates Business Existed |
|---|---|---|---|---|
| Glenarm Capital, LLC | 2467 Sheridan Blvd., Ste. A, Edgewater, CO 80214 | Holding company | 82-4495470 | 2/13/18 - current |
| DP Holdings Colorado, LLC | 2467 Sheridan Blvd., Ste. A, Edgewater, CO 80214 | Payroll Entity | 82-4453790 | 2/7/18 - current |
| DP Retail Holdings, LLC | 2467 Sheridan Blvd., Ste. A, Edgewater, CO 80214 | Holding Company | 32-0558731 | 2/22/18 - current |
| DP Retail 100, LLC | 804 S. College Ave. C    Fort Collins, CO 80524 | Retail | 36-4897839 | 2/7/18 - current |
| DP Retail 101, LLC | 930 W Byers Pl Denver, CO 80223 | Retail | 35-2633295 | 2/7/18 - current |
| DP Retail 102, LLC | 5823 E 128th Ave Thornton, CO 80602 | Retail | 61-1886276 | 2/7/18 - current |
| DP Retail 103, LLC | 19151 E Quincy Ave, CO 80015 | Retail | 61-1886341 | 2/7/18 - current |
| DP Retail 104, LLC | 2467 Sheridan Blvd. #B Edgewater, CO 80214 | Retail | 32-0573233 | 2/7/18 - current |
| DP Retail 105, LLC | 2922 S Glen Ave Glenwood Springs, CO 81601 | Retail | 38-4087840 | 2/7/18 - current |
| DP Retail 106, LLC | 1795 Airport Rd Unit A-3 Breckenridge, CO 80424 | Retail | 36-4904870 | 2/7/18 - current |
| DP Retail 107, LLC | 1250 N Grant St Denver, CO 80203 | Retail | 35-2634472 | 2/7/18 - current |
| DP Retail 108, LLC | 1420 Devereux Rd Glenwood | Retail | 38-4088400 | 2/7/18 - current |

| | | | | |
|---|---|---|---|---|
| | Springs, CO 81601 | | | |
| DP Retail 109, LLC | 409 E Hyman Ave Aspen, CO 81611 | Retail | 38-4088644 | 2/7/18 - current |
| DP Retail 110, LLC | 119 W Colorado Ave Telluride, CO 81435 | Retail | 37-1906766 | 2/7/18 - current |
| DP Retail 111, LLC | 1750 30th St #7 Boulder, CO 80301 | Retail | 61-1895749 | 2/7/18 - current |
| DP Retail 112, LLC | 5130 E Colfax Ave Denver, CO 80220 | Retail | 84-3645530 | 11/11/19 - current |
| DP Retail 113, LLC | 4103 Sheridan Blvd Denver, CO 80212 | Retail | 84-3652497 | 11/11/19 - current |
| DP Retail 114, LLC | 15225 E. 6th Ave Aurora, CO 80011 | Retail | 84-3666457 | 11/11/19 - current |
| DP Retail 115, LLC | 310 N. Saint Paul St. Denver, CO 80206 | Retail | 84-4353531 | 1/20/20 - current |
| DP Retail 116, LLC | 2467 Sheridan Blvd., Ste. A, Edgewater, CO 80214 | Retail | 84-4402234 | 1/21/20 - current |
| Choice Organics, Inc. | 813 Smithfield Dr. Fort Collins, CO 80524 | Retail | 27-2555624 | 5/11/10 - current |
| DPM Holdings, LLC | 2467 Sheridan Blvd., Ste. A, Edgewater, CO 80214 | Holding Company | 30-1049574 | 2/22/18 - current |
| DPM Colorado, LLC | 830 N Wyandot St Denver, CO 80204 | Manufacturer | 38-4076179 | 2/7/18 - current |
| DPC Holdings, LLC | 2467 Sheridan Blvd., Ste. A, Edgewater, CO 80214 | Manufacturer | 61-1871537 | 2/7/18 - current |
| DPC Denver, LLC | 830 N Wyandot St Denver, CO 80204 | Manufacturer | 61-1880866 | 2/7/18 - current |
| DPC Denver 2, LLC | 2467 Sheridan Blvd, Suite A, Edgewater, CO 80214 | Manufacturer | 84-4371661 | 1/20/20 - 5/1/23 |
| DPC Glenwood, LLC | 1420 Devereux Rd Glenwood | Manufacturer | 37-1893984 | 2/7/18 - current |

| | | | | |
|---|---|---|---|---|
| | Springs, CO 81601 | | | |
| Stachs, LLC | 2800 3rd Street, Suite 201, San Francisco, CA 94107 | Delivery Business | 84-4993533 | 12/31/19 - 02/03/2025 |
| Everglades Merger Acquisition Sub, LLC | 3500 S Dupont Hwy, Dover, DE 19901 | Merger Subsidiary | N/A | 05/14/2021 - 01/28/2022 |
| Aditus Financial, LLC | 2800 3rd Street San Francisco, CA 94107 | Financial Holding Company | 85-0682900 | 3/10/20 - current |
| ETM-OH, LLC | 3500 S Dupont Hwy, Dover, DE 19901 | Retail | N/A | 10/14/21 - current |
| ETM-NV, LLC | 318 N Carson Street #208, Carson City, NV, 89701 | Retail | N/A | 8/12/19 - 8/18/20 |
| ETM-OR, LLC | 160 PINE STREET, Ste 350, San Francisco, CA 94111 | Retail | 83-31783187 | 12/18/18 - 8/17/20 |
| NAJA Fund, LLC | 3500 S Dupont Hwy, Dover, DE 19901 | Holding Company | N/A | 7/31/19 |
| Wellness Shop, Inc. dba Eaze Wellness | 2800 3rd Street, Suite 202, San Francisco, CA 94107 | Technology Holding Company | 83-6665860 | 09/14/2018 - 04/02/2024 |
| Dam Appz, LLC | 160 Pine Street #350, San Francisco, CA 94111 | Internet Lead Generation Business | N/A | 6/10/14 - 8/17/20 |
| Pine IP Holdings, LLC | 3500 S Dupont Hwy, Dover, DE 19901 | IP Holding Company | | 1/25/17 - 8/14/20 |
| Hometown Heart, Inc. | 2800 3rd Street, Suite 201, San Francisco, CA 94107 | Retail | 47-5008949 | 07/10/20 - 12/02/2024 |
| The Natural Way of L.A. | 5067 W. Washington Blvd, Los Angeles, CA 90019 | Retail | 83-1372364 | 2/1/07 - current |

| | | | | |
|---|---|---|---|---|
| Ohana Gardens Group | 10824 Olson Drive, Suite C-314, Rancho Cordova, CA 95670 | Retail | 47-1634601 | 8/7/14 - 11/2/20 |
| Westside Caregivers Club, Inc. | 7731 Hayvenhurst Ave, Unit B, Van Nuys, CA 91406 | Retail | 42-1715965 | 10/17/2006 - current |
| Clearlake Growth Fund II, Inc., dba Fume High Road | 471 Aaron Street, Suite B, Cotati, CA 94931 | Retail | 82-3398034 | 11/15/2017 - Current |
| Holistic Healing Alternative, Inc., dba Greenwolf | 2950 Los Feliz Blvd, Suite 101 Los Angeles, CA90039 | Retail | 20-8984695 | 03/22/2007 - Current |
| Healthy Healing Holistic Options, Inc. | 1625 E Street, Gertrude Place, Santa Ana, CA 92705 | Retail | 47-3880640 | 01/13/2015 - 04/02/2024 |
| The Green Goddess, Inc. | 1716 Main Street, Venice, CA 90291 | Retail | 20-5748395 | 05/07/2009 - Current |
| WCW Organization, Inc., dba Tropicana | 1628 S Grand Ave, Santa Ana, CA 92705 | Retail | 81-1924436 | 12/15/2014 - Current |
| BW Macaw Group, Inc. dba Herbs | 543 Parrott Street, San Jose, CA 95112 | Retail | 82-5220275 | 04/09/2018 - Current |
| Momentum Cultivators, LLC | 3500 S Dupont Highway, Dover, Delaware, 19901 | Social Equity Incubator | | 11/30/2018 |
| Element 7 South San Francisco, LLC | 234 Reservation Road, Marina, CA 93933 | Retail | 83-2888604 | 12/17/2018 - Current |
| Valley Greens Retail Outlet, Inc dba March and Ash | 2835 Camino Del Rio S, Suite 220, San Diego, CA 92108 | Retail | 30-1128290 | 02/27/2018 - Current |
| Beach Enlightenment and Compassionate Healing Corporation | 1115 W 190TH Street, Los Angeles, CA 90248 | Retail | 20-4987550 | 05/23/2006 - Current |
| Burlingame Delivery, LLC | 1588 Gilbreth Road #2, Burlingame, CA 94010 | Retail | 87-4008472 | 05/25/2021 - Current |

| | | | | |
|---|---|---|---|---|
| Stockton Delivery, LLC | 4895 State Route 99, Suite C Stockton, CA 95215 | Retail | 87-2210684 | 04/13/2021 - current |
| Concord Delivery, LLC | 4030 Folson Ct, Concord, CA 94520 | Retail | 85-3841658 | 11/02/2020 - Current |
| American Canyon Delivery, LLC | 180 Klamath Ct, American Canyon, CA 94503 | Retail | 87-2791586 | 08/17/2021 - Current |
| Baldwin Park Distribution, LLC | 14030 Live Oak Ave, Baldwin Park, CA 91706 | Retail | 85-3529491 | 09/21/2020 - Current |
| Hometown Heart, Inc. | 2800 3RD Street, suite 201 San Francisco, CA 94107 | Retail | 47-5008949 | 06/22/2020 - Current |
| Hometown Heart | 414 Lesser Street, Oakland, CA 94601 | Retail | 47-5008949 | 08/05/2015 - 06/25/2020 |
| Budget King, LLC | 1750 Iris Ave, Suite 106, Sacramento, CA 95815 | Retail | 82-3928080 | 12/27/2017 - Current |
| MV Financial Services, LLC | 3455 Camino Del Rio S., San Diego, CA 92108 | Financial Holding Company | 81-4759256 | 08/26/2016 - 05/01/2024 |
| Corona Wellness LLC dba Off the Charts | 130 Industrial Way, Corona, CA 92882 | Retail | 88-1524828 | 01/19/2021 - current |
| ECSD Management LLC dba Apothekare | 3455 Camina Del Rio S., San Diego, CA 92108 | Retail | 81-4770643 | 08/26/2016 - Current |
| ETM-MI, LLC | 2800 3rd St, Suite 202, San Francisco, CA 94107 | Retail | 85-3795840 | 08/26/2019 - 03/12/2021 |
| ETM-MI, Inc. | 3500 S Dupont Hwy, Dover, DE, 19901 | Retail | 85-3795840 | 03/12/2021 - current |
| RJB Enterprises, LLC dba Pleasantrees Cannabis Company | 41900 Executive Drive, Harrison Township, MI 48045 | Retail | 46-3170146 | 5/24/18 - current |
| KTC Industries, LLC | 810 Cottageview Drive, Suite G30, | Retail | 85-2591032 | 8/24/2017 - current |

| | | | | |
|---|---|---|---|---|
| | Traverse City, MI 49684 | | | |
| Fluresh, LLC | 3410 Belle Chase Way, Suite 600, Lansing, MI 48911 | Retail | 82-3982911 | 1/11/18 - current |
| DP Holdings Florida, LLC | 251 Little Falls Drive, Wellington, DE 19808 | Holding Company | 84-3297054 | 10/03/2019 - current |
| Riverside Delivery, LLC | 3500 S Dupont Hwy, Dover, DE 19901 | Retail | 93-4520349 | 12/20/2021 - current |
| Green Dragon Florida, LLC dba Green Dragon | 2201 S Federal Hwy, Boynton Beach, FL 33435 | Retail | 20-2146551 | 08/31/2021 - Current |
| Dragon IP Holdings, LLC | 2467 Sheridan Blvd., Ste. A, Edgewater, CO 80214 | IP Holding Company | 82-4436870 | 2/14/18 - current |
| Dragon Partners, LLC | 2467 Sheridan Blvd., Ste. A, Edgewater, CO 80214 | Holding Company | 81-4245941 | 8/29/16 - current |
| Kagow Inc. | 1439 Arcase Blvd, Sacramento, CA 95815 | Retail | 81-2671364 | 05/25/2018 - 12/02/2019 |
| Green Essentials Medical | 2467 Sheridan Blvd., Ste. A, Edgewater, CO 80214 | Retail | 47-5432677 | 12/21/2009 - 12/10/2024 |
| Magnus Concentrates, LLC | 2467 Sheridan Blvd., Ste. A, Edgewater, CO 80214 | Consumer Goods | N/A | 12/3/18 - 12/10/24 |
| Dragon Apparel, LLC | 2467 Sheridan Blvd., Ste. A, Edgewater, CO 80214 | Apparel Holding Company | 81-4837966 | 1/3/2017 - 12/23/2024 |
| Valley Greens Retail Outlet, Inc. | 2835 Camino Del Rio S., STE 220 San Diego, CA 92108 | Retail | 30-1128290 | 02/27/2018 - current |
| Le Remedie, LLC | 2467 Sheridan Blvd., Ste. A, Edgewater, CO 80214 | Consumer Goods | N/A | 2/18/19 - current |

| Higher Focus Brands, LLC | 2467 Sheridan Blvd, Suite A, Edgewater, CO 80214 | Consumer Goods | N/A | 7/7/2020 - 3/21/23 |
|---|---|---|---|---|
| DP Software, LLC | 2467 Sheridan Blvd, Suite A, Edgewater, CO 80214 | Software Holding Company | N/A | 12/20/18 - 12/10/2024 |
| CS Group Operation, Inc. | 1629 Glendale Blvd, Los Angeles, CA 90026 | Retail | 86-2977511 | 08/28/2019 - 04/02/2024 |
| CS Group Operations 2, Inc. | 428 Lincoln Blvd, Venice, CA 90291 | Retail | 86-3449234 | 04/16/2021 - Current |
| Boogy Baybee, LLC | 3047 W Saginaw Way 105 Fresno, CA 93722 | Retail | | 08/06/2013 - Current |
| DCSM, Inc. | 1377 Corporate Ctr Pkwy, Santa Rosa, CA 95407 | Retail | 47-1937915 | 11/24/2015 - Current |
| Mid City Cannabis Club, Inc. | 5057 W Pico Blvd, Los Angeles, CA 90019 | Retail | 02-0797881 | 12/31/2022 - Current |
| DPC 900, LLC | 930 W Byers Place, Denver, CO 80223 | Manufacturing / Cultivation | | 6/26/18 - 03/10/2023 |
| DPC 1717, LLC | 930 W Byers Place, Denver, CO 80223 | Manufacturing / Cultivation | | 6/26/18 - 03/10/2023 |
| DPC Aurora, LLC | 930 W Byers Place, Denver, CO 80223 | Manufacturing / Cultivation | 38-4070464 | 2/7/18 - 04/24/2020 |
| DPM Fort, LLC | 930 W Byers Place, Denver, CO 80223 | Manufacturing | 37-1903880 | 6/26/18 - 03/10/2023 |
| Best Distribution, LLC | 2467 Sheridan Blvd, Edgewater, CO 80214 | Distribution Company | 32-0609359 | 8/9/19 - 09/09/2022 |
| DP Fort, LLC | 930 W Byers Place, Denver, CO 80223 | Retail | 35-2633068 | 6/29/18 - 03/10/2023 |
| Cannabis King, LLC | 2467 Sheridan Blvd, Suite A, Edgewater, CO 80214 | Retail | 27-1346248 | 11/2/09 - 04/28/2024 |

| | | | | |
|---|---|---|---|---|
| Greenwerkz, LLC | 2467 Sheridan Blvd, Suite A, Edgewater, CO 80214 | Retail | 27-0487468 | 7/2/09 - 09/09/2022 |
| DPC California 1, LLC | 930 W Byers Place, Denver, CO 80223 | Manufacturing / Cultivation | 30-1113298 | 07/11/2018 - 05/31/2019 |
| Dragon Holdings California, LLC | 930 W Byers Place, Denver, CO 80223 | Holding Company | 83-1266741 | 7/11/2018 - 05/31/2019 |
| GD Real Estate 1, LLC | 5499 N Federal Hwy Ste I Boca Raton, FL 33487 | Real Estate Company | | 11/27/18 - 9/18/19 |
| GD MA Holdings, LLC | 5499 N FEDERAL HWY SUITE I, BOICA RATON, FL 33487 | Holding Company | 83-2321945 | 10/3/18 - 4/28/20 |
| Fuel Concentrates, LLC | 2467 Sheridan Blvd, Edgewater, CO 80214 | Consumer Goods | N/A | 7/16/19 - 09/09/2022 |
| Best Payroll Services, LLC | 2467 Sheridan Blvd, Suite A, Edgewater, CO 80214 | Payroll Entity | 81-3655449 | 8/24/16 - 10/25/2021 |

# SHEET 5_Official Form 207 Pt. 13 No. 30

| Name | Address | Amount of money or | Dates | Reason for providing the | Relationship to debtor |
|------|---------|-------------------|-------|-------------------------|------------------------|
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | $7,341.78 | 3/1/2024 | Salary | Received these payments as employees of the |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | $7,955.87 | 3/15/2024 | Salary | Received these payments as employees of the |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | $111,714.65 | 3/15/2024 | Salary | Received these payments as employees of the |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | $7,955.88 | 3/29/2024 | Salary | Received these payments as employees of the |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | $8,055.87 | 4/12/2024 | Salary | Received these payments as employees of the |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | $7,955.88 | 4/26/2024 | Salary | Received these payments as employees of the |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | $8,055.89 | 5/10/2024 | Salary | Received these payments as employees of the |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | $7,955.88 | 5/24/2024 | Salary | Received these payments as employees of the |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | $8,055.89 | 6/7/2024 | Salary | Received these payments as employees of the |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | $7,955.87 | 6/21/2024 | Salary | Received these payments as employees of the |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | $8,055.87 | 7/5/2024 | Salary | Received these payments as employees of the |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | $7,955.89 | 7/19/2024 | Salary | Received these payments as employees of the |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | $8,055.87 | 8/2/2024 | Salary | Received these payments as employees of the |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | $7,955.88 | 8/16/2024 | Salary | Received these payments as employees of the |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | $7,955.87 | 8/30/2024 | Salary | Received these payments as employees of the |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | $8,055.88 | 9/13/2024 | Salary | Received these payments as employees of the |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | $7,955.89 | 9/27/2024 | Salary | Received these payments as employees of the |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | $8,055.88 | 10/11/2024 | Salary | Received these payments as employees of the |
| Cory Azzalino | 6143 West 83rd Place, Los Angeles CA 90045 | $8,057.02 | 10/25/2024 | Salary | Received these payments as employees of the |
| Francis Handley III | 1154 Milwaukee St, Denver CO 80206 | $9,730.12 | 3/1/2024 | Salary | Received these payments as employees of the |
| Francis Handley III | 1154 Milwaukee St, Denver CO 80206 | $10,140.00 | 3/15/2024 | Salary | Received these payments as employees of the |
| Francis Handley III | 1154 Milwaukee St, Denver CO 80206 | $80,426.70 | 3/15/2024 | Salary | Received these payments as employees of the |
| Francis Handley III | 1154 Milwaukee St, Denver CO 80206 | $10,059.91 | 3/29/2024 | Salary | Received these payments as employees of the |
| Francis Handley III | 1154 Milwaukee St, Denver CO 80206 | $10,503.91 | 4/12/2024 | Salary | Received these payments as employees of the |
| Francis Handley III | 1154 Milwaukee St, Denver CO 80206 | $10,018.89 | 4/26/2024 | Salary | Received these payments as employees of the |
| Francis Handley III | 1154 Milwaukee St, Denver CO 80206 | $10,503.90 | 5/10/2024 | Salary | Received these payments as employees of the |
| Francis Handley III | 1154 Milwaukee St, Denver CO 80206 | $10,018.89 | 5/24/2024 | Salary | Received these payments as employees of the |
| Francis Handley III | 1154 Milwaukee St, Denver CO 80206 | $10,503.91 | 6/7/2024 | Salary | Received these payments as employees of the |
| Francis Handley III | 1154 Milwaukee St, Denver CO 80206 | $10,018.88 | 6/21/2024 | Salary | Received these payments as employees of the |
| Francis Handley III | 1154 Milwaukee St, Denver CO 80206 | $10,420.78 | 7/5/2024 | Salary | Received these payments as employees of the |
| Francis Handley III | 1154 Milwaukee St, Denver CO 80206 | $10,018.89 | 7/19/2024 | Salary | Received these payments as employees of the |
| Francis Handley III | 1154 Milwaukee St, Denver CO 80206 | $10,483.12 | 8/2/2024 | Salary | Received these payments as employees of the |
| Francis Handley III | 1154 Milwaukee St, Denver CO 80206 | $10,018.89 | 8/16/2024 | Salary | Received these payments as employees of the |
| Francis Handley III | 1154 Milwaukee St, Denver CO 80206 | $10,018.89 | 8/30/2024 | Salary | Received these payments as employees of the |
| Francis Handley III | 1154 Milwaukee St, Denver CO 80206 | $10,483.12 | 9/13/2024 | Salary | Received these payments as employees of the |
| Francis Handley III | 1154 Milwaukee St, Denver CO 80206 | $10,018.89 | 9/27/2024 | Salary | Received these payments as employees of the |
| Francis Handley III | 1154 Milwaukee St, Denver CO 80206 | $10,483.13 | 10/11/2024 | Salary | Received these payments as employees of the |
| Francis Handley III | 1154 Milwaukee St, Denver CO 80206 | $10,018.88 | 10/25/2024 | Salary | Received these payments as employees of the |

**United States Bankruptcy Court**
**Northern District of California**

In re  **Eaze Technologies, Inc.** _____

Case No. _____

_____
Debtor(s)

Chapter  **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March 21, 2025** _____

_____

**Cory Azzalino/Chief Executive Officer**
Signer/Title

Accrualify, Inc.
333 S B Street, Suite 101
San Mateo, CA 94401

Adara Anna Markman
12739 Jasmine Court
Brighton, CO 80602

Adrian Rohe
6028 Kerry Rd
Rohnert Park, CA 94928

Alejandra Reyes Flores
c/o Davana Law, Alik Ekmekchyan
16000 Ventura Blvd. Suite 880
Encino, CA 91436

Alex Soloman
5044 Geary Blvd, Apt 4
San Francisco, CA 94118

Aman Ikram
12267 Glen Creek Rd
Cerritos, CA 90703

Amber Patino
19519 Melogold Circle
Riverside, CA 92507

American Arbitration Association
(Western Case Management Center)
45 E River Park Place West Ste 308
Fresno, CA 93720

Atencio, Noguera, Labeucheri, et al
c/o Blumenthal Nordrenhagh Bhowmik
2255 Calle Clara
La Jolla, CA 92037


Atencio, Noguera, Labeucherie, et a
Blumenthal Nordrehaug Bhowmik
2255 Calle Clara
La Jolla, CA 92037


BDG Media, Inc.
315 Park Ave South, 11th Floor
New York, NY 10010


Benchmark Insurance Company
150 Lake Street West
Wayzata, MN 55391


Berbix Inc.
2338 Market Street
San Francisco, CA 94114


Blumenthal Nordrehaug Bhowmik
2255 Calle Clara
La Jolla, CA 92037


Budget Control Services, Inc
PO BOX 370107
Denver, CO 80237-0107


Christopher Blom
8591 Skyline Dr
Los Angeles, CA 90046

Christopher Diamond
37224 CHARTER OAKS BLVD
Clinton Township, MI 48036


Dan Kramer
c/o HKM Employment Attorneys, LLP
518 17th Street, #1100
Bell, CA 90202


Emanuele Mayer
100 Palm Valley Blvd #1025
San Jose, CA 95123


Equal Rights Law Group
1900 Avenue of the Stars, Suite 900
Los Angeles, CA 90067


Finicity Corporation
434 W Ascension Way, Suite 200
Salt Lake City, UT 84123


Finicity Corporation
434 W Ascension Way, Ste 200
Salt Lake City, UT 84123


Game and Beyond Inc
701 W. Redondo Beach Blvd., St 1002
Gardena, CA 90247


Game and Beyond Inc.
701 W. Redondo Beach Blvd., St 200
Gardena, CA 90247

Game and Beyond, Inc.
701 W. Redondo Beach Blvd., St 200
Gardena, CA 90247


Glenarm Capital , LLC
2467 Sheridan Blvd, Suite A
Denver, CO 80214


James River Insurance Co
PO Box #74304
Cleveland, OH 44194


Jenna Kubiak
c/o Younglove Law Group, LLP
4685 MacArthur Court, Suite 320
Newport Beach, CA 92660


Jose Cardenas
2031 Delford Ave
Duarte, CA 91010


Knight Nicastro Mackay, LLC
1401 Walnut Street, Ste 200
Boulder, CO 80302


Kroll, LLC
555 12th Street, N.W. Suite 600
Washington, DC 20004


Lee L Haas
Haas & Castillo, PLLC
4625 East Bay Drive, Suite 313
Clearwater, FL 33764

Lima Shinwari
455 buena vista ave, #110
Alameda, CA 94501


Lonnie Levine
c/o K2 Employment Law, APC
19849 Nordhoff Street
Northridge, CA 91324


Macias Gini & O'Connell LLP
777 3rd Ave, 29th Floor
New York, NY 10017


Marc Strickland
146 McAllister 5t Apt 217
San Francisco, CA 94102


Martin Velasco
3330 65th Ave Oakland
Oakland, CA 94605


Patrick Murphy
1816 F Street, Apt 11
Sacramento, CA 95811


PeopleGuru
101 S Hoover Blvd. Suite 100
Tampa, FL 33609


Prodege
2030 East Maple Ave
El Segundo, CA 90245

Raphael Sousa Ferreira
2000 S Delaware St. Apt 304
San Mateo, CA 94403


Richard Calhoun
c/o Equal Rights Law Group
1900 Avenue of the Stars, St 900
Los Angeles, CA 90067


Ryan McGuffey
11757 Lerdo Avenue
Granada Hills, CA 91344


Samuel Acosta
200 RIVERFRONT DR, #1i
Detroit, MI 48226


Shawn Carter
7201 Alpine Frost Dr
Sacramento, CA 95823


Shelby Ballestero
1724 N Edgemont St, Apt 211
Los Angeles, CA 90027


Shon Holt Nelson
c/o Equal Rights Law Group
1900 Avenue of the Stars, St 900
Los Angeles, CA 90067


Stachs, LLC
2467 Sheridan Blvd, Ste A
Edgewater, CO 80214

Stephanie Kirianoff
3258 OVERLAND AVE #13
Los Angeles, CA 90034

Steven Shaw
175 Sands Parc Blvd, Apt #301
Daytona Beach, FL 32117

Superior Herbal Health (Clinik LA)
c/o Law Offices of Allen Hyman
10737 Riverside Drive
North Hollywood, CA 91062

The Clay Company, Inc
2247 San Diego Ave, Ste 130
San Diego, CA 92110

Thomas Williams
310 E Grand Ave
El Segundo, CA 90245

Trisha McDowell
25 Myrtle Ave
Cotati, CA 94931

Virgilio Torres
c/o Igor Fradkin, Downtown LA Law
910 S Broadway
Los Angeles, CA 90015

West 4th Holdings LLC
P.O. Box 264
Kulpsville, PA 19443

```
WilmerHale
60 State Street
Boston, MA 02109


Wilson Sonsini
1301 6th Ave #40
New York, NY 10019


Withum
PO Box 5340
Princeton, NJ 08543


Wolf Rock Holdings, LLC
411 Delaware Street
Huntington Beach, CA 92648
```

# United States Bankruptcy Court
## Northern District of California

In re    **Eaze Technologies, Inc.**

Debtor(s)

Case No. _____

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Eaze Technologies, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☐ None [*Check if applicable*]

**Lisa Leder - 29.461%**
**Andrew Levine -11.364%**
**FoundersJT LLC - 35.912%**

March 21, 2025
Date

~~Cory Azzalino~~
Signature of Chief Executive Officer
for    **Eaze Technologies, Inc.**