Signed and Filed: May 6, 2025

_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

ERIC A. NYBERG, ESQ.
(Bar No. 131105)
CHRIS D. KUHNER, ESQ.
(Bar No. 173291)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE, P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com
Email: c.kuhner@kornfieldlaw.com

Proposed Attorneys for
Chapter 7 Trustee, Sarah L. Little

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Eaze Technologies Inc<br><br>Debtor. | Case No. 25-30219-HLB<br><br>Chapter 7<br><br>**ORDER AUTHORIZING TRUSTEE TO EMPLOY ATTORNEYS** |

    Upon the application of Sarah L. Little, trustee of the estate of Eaze Technologies Inc., Debtor herein, dated April 25, 2025, for an order authorizing her to employ and retain the firm of Kornfield, Nyberg, Bendes, Kuhner & Little, P.C. as her attorneys and upon the Declaration of Eric A. Nyberg, a shareholder of the firm of Kornfield, Nyberg, Bendes, Kuhner & Little, P.C., and it appearing that members and associates are duly admitted to practice before this Court, and the Court being satisfied that said attorneys represent no interest adverse to the estate with respect to matters upon which it is to be engaged, that it is a disinterested person under §§ 101(14) and 327 of Title 11 U.S.C., that its employment is necessary and would be to the best interest of the estate, and sufficient cause appearing therefor;

///

///

1    **IT IS HEREBY ORDERED** that Sarah L. Little, as trustee, be and she hereby is, authorized
2    to employ and retain the firm of Kornfield, Nyberg, Bendes, Kuhner & Little, P.C. as her attorneys
3    effective April 25, 2025 to perform all of the legal services set forth in the application, filed in this
4    case, with such compensation as is approved by this Court.

***END OF ORDER***

COURT SERVICE LIST

No service list required