Entered on Docket
July 17, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: July 17, 2025

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 25-30219 HLB |
| EAZE TECHNOLOGIES INC., | ) Chapter 7 |
| Debtor. | ) |

**ORDER GRANTING IN PART AND**
**DENYING IN PART MOTION FOR RELIEF FROM STAY**

This case came before the court on July 17, 2025 for a hearing on creditor Jenna Kubiak's motion for relief from stay.[1] Debtor Eaze Technologies Inc. filed a limited opposition[2] to the Motion. Appearances were as noted on the record.

For the reasons stated on the record, the court **ORDERS** as follows:

**1.** The Motion is hereby **GRANTED IN PART AND DENIED IN PART.**

**2.** The Motion is hereby **GRANTED IN PART** to the extent Ms. Kubiak seeks relief under § 362(d)(1) for the purpose of allowing her to prosecute Kubiak v. Ikram, et al., Case No. 30-

---

[1] Dkt. 12 (the "Motion").

[2] Dkt. 18.

-1-

2024-01445000-CU-PA-WJC (Orange County Sup. Ct.) (the "State Court Action") as follows:

   a. Ms. Kubiak may prosecute the State Court Action to entry of a final judgment, including any appeals;

   b. Ms. Kubiak may not enforce any judgment she might obtain in the State Court Action against Debtor Eaze Technologies Inc., this bankruptcy estate, or property thereof absent further order of this court; **and**

   c. Ms. Kubiak may pursue collection of any judgment she might obtain in the State Court Action against applicable insurance (as described in the Motion).

3. The Motion is hereby **DENIED IN PART** to the extent Ms. Kubiak seeks permission to recover from Debtor's insurer(s) irrespective of the limits of any applicable insurance policy. The court makes no finding on the merits of this request; it simply declines to reach this question.

**\*\*END OF ORDER\*\***

**Court Service List**

[None]