Robert K. Phillips [SBN 135088]
Alyce W. Tonon [SBN 300148]
**PHILLIPS, SPALLAS & ANGSTADT LLP**
560 Mission Street, Suite 1010
San Francisco, CA 94105
Telephone (415) 278-9400
Facsimile (415) 278-9411
E: rphillips@psalaw.net
E: atonon@psalaw.net

*Attorneys for Debtor/Respondent (Defendant in Civil Action)*
EAZE TECHONOLOGIES, INC.

SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF ORANGE - UNLIMITED JURISDICTION

| | |
|---|---|
| In Re:<br><br>EAZE TECHNOLOGIES, INC.,<br><br>Debtor(s). | Case No.: 25-30219<br>Chapter: 7<br><br>**LIMITED OPPOSIITION AND RESPONSE OF EAZE TECHNOLOGIES, INC. TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NONBANKRUPTCY FORUM)**<br><br>Date: July 17, 2025<br>Time: 1:00 PM<br>Dept.: 19 (via Zoom) |

COMES NOW, Debtor and Responding Party EAZE TECHNOLOGIES, INC. ("Eaze") by and through PHILLIPS SPALLAS & ANGSTADT, LLP, its counsel of record in *Kubiak v. Eaze Technologies, Inc., et al.,* Orange County Superior Court, Case No. 30-2024-01445000-CU-PA-CJC ("Civil Action"), and hereby submits the following limited Opposition and Response to Creditor and Movant Jenna Kubiak's ("Movant") Motion for Relief From the Automatic Stay Under 11 U.S.C. § 362 with respect to the Civil Action filed by Movant against Eaze and currently pending in a bankruptcy forum.

Eaze does not oppose Movant's request for relief from the automatic stay to allow the Civil Action to proceed so that Movant and Eaze can pursue resolution of that action within the applicable

1
Case No.: 25-30219
LIMITED OPPOSITION AND RESPONSE OF EAZE TECHNOLOGIES, INC. TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NONBANKRUPTCY FORUM)

limits of Eaze's insurance policy no. CPA-800029, which was issued by Crum & Forster Specialty Insurance Company and in effect for the period covering the March 24, 2023 motor vehicle accident which is the subject of the Civil Action.

Eaze does object to the issuance of any order concluding that Movant may recover from Eaze's insurance carrier "irrespective of what the policy limits are," or that Eaze's insurance carrier "is or will be liable for amounts in excess of the policy limits," and opposes the Motion to that extent. [*Motion*, Docket ID # 12 at 3:15-18]. The Motion provides zero factual basis or legal authority to support a finding that Movant is, or will be, entitled to recover extra-contractual damages from Eaze's insurance carrier in the Civil Action.

In order for Movant to seek extra-contractual damages from Eaze's insurance carrier, she must first obtain an assignment of rights from Eaze, then prove the elements of CACI No. 2334. *See Shaolian v. Safeco Ins. Co.*, 71 Cal. App. 4th 268, 271–72 (1999); CACI No. 2334. None of the foregoing has taken place. The parties to the Civil Action are still in the early stages of discovery. No depositions have been conducted, Movant's medical and billing records are pending, no expert discovery has taken place, and mediation has not been completed.

The Civil Action pending in the Orange Couty Superior Court is the appropriate forum for litigating the liability and damage issues raised by Movant's tort claims, not the Bankruptcy Court. Accordingly, Movant's request that the Bankruptcy Court issue an order that she is permitted to recover from Eaze's insurance carrier irrespective of the policy limits is premature, wholly inappropriate, and without merit.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

2
Case No.: 25-30219
LIMITED OPPOSITION AND RESPONSE OF EAZE TECHNOLOGIES, INC. TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NONBANKRUPTCY FORUM)

Case: 25-30219    Doc# 29    Filed: 07/22/25    Entered: 07/22/25 14:32:26    Page 2 of 5

Pursuant to the foregoing, Eaze respectfully requests that the Bankruptcy Court deny Movant's request for a finding that she is or will be permitted to recover extra-contractual damages from Eaze's insurance carrier, and that any discussion of Movant recovering "irrespective of the policy limits" from Eaze's insurance carrier be excluded from the Bankruptcy Court's order on the Motion of Relief from the Automatic Stay.

Dated: July 2, 2025

**PHILLIPS SPALLAS & ANGSTADT LLP**

*/s/ Alyce W. Tonon*

By: _____
Alyce W. Tonon (300148)
560 Mission Street, Suite 1010
San Francisco, CA 94105
Telephone (415) 278-9400
Facsimile (415) 278-9411

*Attorneys for Attorneys for Debtor/Respondent
(Defendant in Civil Action)
EAZE TECHONOLOGIES, INC.*

3
Case No.: 25-30219
LIMITED OPPOSITION AND RESPONSE OF EAZE TECHNOLOGIES, INC. TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NONBANKRUPTCY FORUM)

Case: 25-30219    Doc# 29    Filed: 07/22/25    Entered: 07/22/25 14:32:26    Page 3 of 5

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

That on July 1, 2022 I served a true and correct copy of the foregoing, **LIMITED OPPOSITION AND RESPONSE OF EAZE TECHNOLOGIES, INC. TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NONBANKRUPTCY FORUM)**

**By Electronic Service through CM/ECF to the following:**

David L. Neale
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Avenue, Los Angeles, CA 90034
310-229-1234
E: dln@lnbyg.com
*Counsel for Debtor Eaze Technologies, Inc.*

Eric A. Nyberg
Kornfield Nyberg Bendes Kuhner & Little
1970 Broadway #600, Oakland, CA 94612
(510)763-1000
E: e.nyberg@kornfieldlaw.com
*Counsel for Trsutee* Sarah L. Little

Sarah L. Little
2415 San Ramon Valley Blvd. #4432, San Ramon, CA 94583
(510) 485-0740
E: sarah@littletrustee.com
*Chapter 7 Trustee, Eaze Technologies, Inc.*

Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
(415) 705-3333
E: USTPRegion17.SF.ECF@usdoj.gov

**By Electronic Service Via Email to the following:**

YOUNGLOVE LAW GROUP, LLP
PHILLIP YOUNGLOVE – SBN 311339
BRIANNA YOUNGLOVE – SBN 327319
ANDY TRAN – SBN 306390
4685 MacArthur Court, Suite 320

4
Case No.: 25-30219
LIMITED OPPOSITION AND RESPONSE OF EAZE TECHNOLOGIES, INC. TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NONBANKRUPTCY FORUM)

Case: 25-30219    Doc# 29    Filed: 07/22/25    Entered: 07/22/25 14:32:26    Page 4 of 5

Newport Beach, CA 92660
Tel: (949) 441-4000
Fax: (949) 750-2700
E: phil@ylginjury.com
E: brianna@ylginjury.com
E: andy@ylginjury.com
*Counsel for Movant /*
*Plaintiff in Civil Action, Jenna Kubiak*

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on JULY 2, 2025.

                                                /s/ *Alyce Tonon*

                                                Alyce Tonon
                                                Employee of Phillips Spallas & Angstadt

5
Case No.: 25-30219
LIMITED OPPOSITION AND RESPONSE OF FAZE TECHNOLOGIES, INC. TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NONBANKRUPTCY FORUM)

Case: 25-30219   Doc# 29   Filed: 07/22/25   Entered: 07/22/25 14:32:26   Page 5 of 5