Jeffrey R. Gleit (*admitted pro hac vice*)
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Telephone: 212.484.3900
Facsimile: 212.484.3990
jeffrey.gleit@afslaw.com

Eric J. Fromme (SBN 193517)
Sophia R. Wang (SBN 324494)
**ARENTFOX SCHIFF LLP**
555 S Flower Street, 43rd Floor
Los Angeles, CA 90071
Telephone: 213.629.7400
Facsimile: 213.629.7401
Eric.fromme@afslaw.com
sophia.wang@afslaw.com

Attorneys for Eaze, Inc.

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 25-30219-HLB |
| **Eaze Technologies, Inc.,** | Chapter 7 |
| Debtor. | ***AMENDED*** **NOTICE OF HEARING ON EAZE, INC.'S MOTION TO STAY CHAPTER 7 TRUSTEE'S DISCOVERY UNDER THE SUBPOENA FOR RULE 2004 EXAMINATION PENDING THE RESOLUTION OF THE MOTION TO DISMISS BANKRUPTCY CASE PURSUANT TO 11 U.S.C. § 707(a); DECLARATION OF CORY AZZALINO IN SUPPORT THEREOF** |
| | Date: April **16,** 2026<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>  450 Golden Gate Ave<br>  Courtroom 19<br>  San Francisco, CA 94102 |

**TO: THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, CHAPTER 7 TRUSTEE, AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** a hearing will be held on **April 16, 2026**, at 10:00 a.m. (Pacific Time prevailing), before the Honorable Hannah L. Blumenstiel, United States Bankruptcy Judge, to consider *Eaze, Inc.'s Motion to Stay Chapter 7 Trustee's Discovery Under the Subpoena for Rule 2004 Examination Pending the Resolution of the Motion to Dismiss Bankruptcy Case Pursuant to 11 U.S.C. § 707(a)* (the "Motion"), filed by interested party Eaze, Inc. in the above-captioned chapter 7 case (the "Bankruptcy Case"), on March 13, 2026, at ECF No. 77. By the Motion, Eaze, Inc. has requested an order of the Court dismissing this Bankruptcy Case pursuant to 11 U.S.C. § 707(a).

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to B.L.R. 9014-1(c)(1), the deadline for any party in interest to oppose or otherwise respond to the Motion in writing, filed with the Bankruptcy Court and served on counsel for Eaze, Inc. so as to be received at the address listed on the upper-left hand corner of the first page of this notice no later than March 30, 2026. Failure to file a timely opposition or response and appear at the hearing may constitute a waiver of your objections.

Your rights may be affected. You should read the Motion carefully, and you may want to discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

///

///

///

///

AFSDOCS:305430197.1

Additional information about appearing by Zoom is available on Judge Blumenstiel's Procedures page on the Bankruptcy Court's website. The link to Judge Blumenstiel's electronic calendar is: https://www.canb.uscourts.gov/judge/blumenstiel/calendar, which is updated no later than seven (7) days prior to the hearing date.

Respectfully submitted,

Dated: March 16, 2026

**ARENTFOX SCHIFF LLP**

By: _____
Jeffrey R. Gleit
Eric J. Fromme
Sophia R. Wang
Attorneys for Eaze Inc.

AFSDOCS:305430197.1

_AMENDED_ NOTICE OF HEARING ON EAZE, INC.'S MOTION TO STAY CH. 7 TRUSTEE'S DISCOVERY