Jeffrey R. Gleit (*admitted pro hac vice*)
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Telephone:     212.484.3900
Facsimile:     212.484.3990
jeffrey.gleit@afslaw.com

Eric J. Fromme (SBN 193517)
Sophia R. Wang (SBN 324494)
**ARENTFOX SCHIFF LLP**
555 S Flower Street, 43rd Floor
Los Angeles, CA 90071
Telephone:     213.629.7400
Facsimile:     213.629.7401
Eric.fromme@afslaw.com
sophia.wang@afslaw.com

Attorneys for Eaze, Inc.

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 25-30219-HLB |
| **Eaze Technologies, Inc.,** | Chapter 7 |
| Debtor. | ***AMENDED* DECLARATION OF DANIELA TAROLLI IN SUPPORT OF EAZE, INC.'S MOTION TO DISMISS BANKRUPTCY CASE PURSUANT TO 11 U.S.C. § 707(a)** |
| | Date: May 7, 2026<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>       450 Golden Gate Avenue<br>       Courtroom 19<br>       San Francisco, CA 94102 |

AFSDOCS:305678833.1

Case: 25-30219   Doc# 132   Filed: 04/07/26   Entered: 04/07/26 17:04:35   Page 1 of 3

I, Daniela Tarolli, declare that:

1. I am the associate general counsel for Eaze, Inc. I am the duly authorized custodian of business records for Eaze, Inc. and am authorized to certify the records attached to this Declaration. I submit this declaration (the "Declaration") in support of *Eaze, Inc.'s Motion to Dismiss Bankruptcy Case Pursuant to 11 U.S.C. § 707(a)* (the "Motion") in the above-captioned bankruptcy case.[1] I am over the age of eighteen (18) years. I have personal knowledge of the facts and matters set forth in this Declaration and, if called upon to testify as a witness, I could and would testify competently thereto to the best of my knowledge and belief.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a certain Lease Agreement, dated as of February 1, 2021, by and between DP Retail Holdings, LLC d/b/a Green Dragon, as tenant, and Rock 1, LLC, as landlord, for the premises located at 920 W. Byers Place, Denver, Colorado 80223 (the "920 Byers Lease"). Lisa Leder, as the Manager of the landlord, Rock 1, LLC, executed the 920 Byers Lease.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a certain Lease Agreement, dated as of February 1, 2021, by and between DP Retail 101, LLC d/b/a Green Dragon, as tenant, and Rock 1, LLC, as landlord, for the premises located at 930 W. Byers Place, Denver, Colorado 80223 (the "930 Byers Lease"). Lisa Leder, as the Manager of the landlord, Rock 1, LLC, executed the 930 Byers Lease.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a certain Lease Agreement, dated as of February 1, 2021, by and between DP Retail 113, LLC d/b/a Green Dragon, as tenant, and Vertigo Partners, LLC, as landlord, for the premises located at 4103 Sheridan Boulevard, Mountain View, Colorado 80212 (the "4103 Sheridan Lease"). Lisa Leder, as the Manager of the landlord, Vertigo Partners, LLC, executed the 4103 Sheridan Lease.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a certain Lease Agreement, dated as of February 1, 2021, by and between DP Retail 102, LLC d/b/a Green Dragon, as tenant, and Thornton Five LLC, as landlord, for the premises located at 5803 E. 128th Avenue, Thornton, Colorado 80602 (the "128th Avenue Lease," and together with the 920 Byers

Arent Fox LLP

---

[1] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed in the Motion.

Case: 25-30219 Doc# 132 Filed: 04/07/26 Entered: 04/07/26 17:04:35 Page 2 of 3

AFSDOCS:305678833.1

*AMENDED DECLARATION OF DANIELA TAROLLI IN SUPPORT OF EAZE, INC.'S MOTION TO DISMISS BANKRUPTCY CASE PURSUANT TO 11 U.S.C. § 707(a)*

Lease, the 930 Byers Lease, and the 4103 Sheridan Lease, collectively, the "Leases"). Lisa Leder, as the Manager of the landlord, Thornton Five LLC, executed the 128th Avenue Lease.

6. Following the Debtor's acquisition of Green Dragon and the subsequent foreclosure upon the Debtor's assets, Eaze Inc. became the ultimate parent company of the current tenants under the Leases.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7 day of April 2026, in Syracuse, New York.

*Daniel Tarolli*

Daniela Tarolli

ARENT FOX LLP

AFSDOCS:305678833.1

AMENDED DECLARATION OF DANIELA TAROLLI IN SUPPORT OF EAZE INC.'S MOTION TO DISMISS BANKRUPTCY CASE PURSUANT TO 11 U.S.C. § 707(a)

Case: 25-30219    Doc# 132    Filed: 04/07/26    Entered: 04/07/26 17:04:35    Page 3 of 3