Jeffrey R. Gleit (*admitted pro hac vice*)
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Telephone:    212.484.3900
Facsimile:    212.484.3990
jeffrey.gleit@afslaw.com

Eric J. Fromme (SBN 193517)
Sophia R. Wang (SBN 324494)
**ARENTFOX SCHIFF LLP**
555 S Flower Street, 43rd Floor
Los Angeles, CA 90071
Telephone:    213.629.7400
Facsimile:    213.629.7401
Eric.fromme@afslaw.com
sophia.wang@afslaw.com

Attorneys for Eaze, Inc.

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**Eaze Technologies, Inc.,**<br><br>        Debtor. | Case No. 25-30219-HLB<br><br>Chapter 7<br><br>**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF EAZE, INC.'S MOTION TO DISMISS BANKRUPTCY CASE PURSUANT TO 11 U.S.C. § 707(a)**<br><br>Date:  May 7, 2026 (**off-calendar**)<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>     450 Golden Gate Avenue<br>     Courtroom 19<br>     San Francisco, CA 94102 |

Case: 25-30219    Doc# 134    Filed: 04/08/26    Entered: 04/08/26 16:16:23    Page 1 of 2

**TO: THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, CHAPTER 7 TRUSTEE, ALL CREDITORS, AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** Eaze, Inc. hereby **withdraws** without prejudice *Eaze, Inc.'s Motion to Dismiss Bankruptcy Case Pursuant to 11 U.S.C. § 707(a)* (the "Motion"), filed by Eaze, Inc. in the above-captioned chapter 7 case on March 13, 2026. [Dkt. No. 76.]

**PLEASE TAKE FURTHER NOTICE THAT** the Motion was previously set for hearing on May 7, 2026, which is taken off calendar because of this Notice of Withdrawal.

Dated: April 8, 2026

Respectfully submitted,

**ARENTFOX SCHIFF LLP**

By: _____
Jeffrey R. Gleit
Eric J. Fromme
Sophia R. Wang
Attorneys for Eaze Inc.

AFSDOCS:305693934.1