ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE, P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com
Email: c.kuhner@kornfieldlaw.com

Attorneys for Chapter 7 Trustee, Sarah L. Little

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Eaze Technologies Inc.<br><br>Debtor. | Case No. 25-30219-HLB<br><br>Chapter 7 |
| In re<br><br>Stachs LLC,<br><br>Debtor. | Case No. 25-30285-HLB<br><br>Chapter 7<br><br>**DECLARATION OF SARAH L. LITTLE IN SUPPORT OF MOTION FOR SUBSTANTIVE CONSOLIDATION OF THE BANKRUPTCY ESTATE OF EAZE TECHNOLOGIES, INC. AND STACHS LLC** |

Date: November 5, 2026
Time: 10:00 a.m.
Place: Via Tele/Videoconference and in person
United States Bankruptcy Court, Courtroom 19
450 Golden Gate Ave. 16th Fl.
San Francisco, CA 94102

I, Sarah L. Little, declare under penalty of perjury as follows:

1. I am the duly appointed Chapter 7 Trustee for Eaze Technologies, Inc. ("Eaze"). The


Case: 25-30219 Doc# 175-1 Filed: 09/15/26 Entered: 09/15/26 14:48:16 Page 1 of 4
KORNFIELD NYBERG, BENDES, KUHNER & LITTLE, P.C. 1970 Broadway, Suite 600 Oakland, California 94612

facts stated in this declaration are true based on my personal knowledge and my investigation of Eaze's books and records. If called to testify, I could and would competently testify to the matters stated herein.

2. Eaze was a software platform and online marketplace for on-demand cannabis delivery that connected consumers with licensed cannabis dispensaries and products. In 2020, Eaze expanded from operating solely as an online marketplace into a vertically integrated, licensed cannabis retail operator.

3. Stachs LLC ("Stachs" and, collectively with Eaze, the "Debtors") is a wholly owned subsidiary of Eaze formed in 2019 to conduct Eaze's "plant-touching" activities, including the launch of Eaze's consumer brands and operation of cannabis depots. Eaze caused Stachs to enter master services agreements with retail commercial cannabis licensees. Eaze also caused Stachs to obtain a 49% interest in Hometown Heart, Inc., a California corporation that held two retail commercial cannabis licenses. Eaze sought out these transactions and controlled their material terms even though Stachs was the signatory on paper. Eaze managed the depots' day-to-day operations, controlled licensee bank accounts, determined inventory purchasing, controlled staffing, received revenue, and paid the depots' costs.

4. Eaze did not meaningfully distinguish between Eaze and Stachs in communications to investors or the media. In presentations to potential investors during 2020, Eaze discussed its verticalization and stated that it had transitioned 90% of depot operations to Eaze's direct management without mentioning Stachs. In Eaze's Series D funding press release, Eaze stated that it had acquired rights to Hometown Heart's retail license and obtained oversight of operations without mentioning Stachs.

5. Eaze and Stachs functioned as one economic enterprise. Rogelio Choy, and later Cory Azzalino, served as chief executive officer of both Eaze and Stachs. Francis Handley III served as chief financial officer of both entities. Eaze's board regularly discussed Stachs and the operations and finances of the depots. Eaze's principals made decisions regarding Stachs and the depots. After Eaze's transition to verticalization, board discussions and investor updates concerning Eaze's

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612

financial condition included Stachs's income statements and frequently did not distinguish between Eaze and Stachs.

6. The Eaze and Stachs bankruptcy filings followed the same foreclosure. FoundersJT LLC foreclosed upon the Note Purchase and Security Agreement dated August 17, 2022 between FoundersJT LLC and Eaze and its subsidiaries (the "Note"). At the foreclosure sale on August 6, 2024, FoundersJT LLC purchased by credit bid the collateral encumbered by the Note, including the assets of Eaze and Stachs, and subsequently transferred that collateral to Eaze Inc.

7. Eaze Inc. continues to operate the former businesses of Eaze and Stachs. Cory Azzalino is the chief executive officer, and Francis Handley III is the chief financial officer, of Eaze Inc.

8. As of August 26, 2026, twenty-six claims totaling $219,986,962.26 have been filed in the Eaze case, and thirteen unwithdrawn claims totaling $2,802,748.40 have been filed in the Stachs case. Six claims filed in the Stachs case, totaling $1,977,091.52, duplicate claims filed in the Eaze case. Those duplicative claims represent approximately 70.54% of the total unwithdrawn claims filed against Stachs. After removing the duplicated amount, the combined nonduplicative face amount of the claims filed in both cases is $220,812,619.14 (the "Combined Claims Pool"). These calculations describe the claims as filed and do not determine the amount, priority, secured status, timeliness, allowance, disallowance, or treatment of any claim. Investor-related claims totaling $215,379,999.89 were filed against Eaze and constitute approximately 97.54% of the Combined Claims Pool.

9. Seven of the thirteen unwithdrawn claims filed in the Stachs case are employment-related and total $1,897,989.09. Five of those claims, totaling $1,866,867.52, were also filed against Eaze. Thus, approximately 98.36% of the employment-related claims filed against Stachs, by amount, are duplicated in the Eaze case. The two employment-related claims filed only against Stachs total $31,121.57.

10. The July 8, 2025 claims bar date in the Eaze case and the July 25, 2025 claims bar date in the Stachs case have expired. Substantive consolidation will permit duplicative claims based

KORNFIELD NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612

on the same liability to be treated as a single claim for distribution purposes without extending either bar date or determining the allowance, amount, priority, secured status, or timeliness of any claim.

11. I believe that maintaining a separate Stachs estate would elevate form over the economic reality of the Debtors' operations, duplicate administrative expense, and create a risk of inconsistent treatment of creditors. In my judgment, creditors of both Debtors will be best served by substantive consolidation of the assets and liabilities of the Eaze and Stachs estates into a single estate administered in the Eaze case.

12. I understand that, upon entry of the proposed consolidation order, intercompany claims and obligations between Eaze and Stachs will be eliminated, proofs of claim filed in the Stachs case will be deemed filed in the Eaze case as of their original filing dates, the separate Stachs estate will cease to exist after implementation of the order, and the Stachs case will be closed.

13. Michael G. Kasolas, the Chapter 7 Trustee for Stachs, has agreed to the requested substantive consolidation. I support entry of the proposed order granting substantive consolidation of the Eaze and Stachs bankruptcy estates.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 15, 2026 at Oakland, California.

/s/ Sarah L. Little

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612