ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE, P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com
Email: c.kuhner@kornfieldlaw.com

Attorneys for Chapter 7 Trustee, Sarah L. Little

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Eaze Technologies Inc.<br><br>Debtor. | Case No. 25-30219-HLB<br><br>Chapter 7 |
| In re<br><br>Stachs LLC,<br><br>Debtor. | Case No. 25-30285-HLB<br><br>Chapter 7<br><br>**DECLARATION OF MICHAEL G. KASOLAS IN SUPPORT OF MOTION FOR SUBSTANTIVE CONSOLIDATION OF THE BANKRUPTCY ESTATES OF EAZE TECHNOLOGIES, INC. AND STACHS LLC** |

Date: November 5, 2026
Time: 10:00 a.m.
Place: Via Tele/Videoconference and in person
United States Bankruptcy Court, Courtroom 19
450 Golden Gate Ave. 16th Fl.
San Francisco, CA 94102

I, Michael G. Kasolas, declare under penalty of perjury as follows:



KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C. 1970 Broadway, Suite 600 Oakland, California 94612

Case: 25-30219 Doc# 175-2 Filed: 09/15/26 Entered: 09/15/26 14:48:16 Page 1 of 2

1. I am the duly appointed Chapter 7 Trustee for Stachs LLC ("Stachs"). The facts stated in this declaration are true based on my personal knowledge and my investigation of Stachs's books and records. If called to testify, I could and would competently testify to the matters stated herein.

2. Based on my administration of the Stachs estate, maintaining separate investigations and claims-administration processes for Stachs and Eaze would result in duplicative professional expense. Numerous liabilities asserted against Stachs have also been asserted against Eaze.

3. In my business judgment, substantive consolidation will enhance the potential recovery available to Stachs creditors by combining the estates' assets and avoiding duplicative legal, forensic, and administrative expenses.

4. I have agreed to the requested substantive consolidation and fully support the *Motion for Substantive Consolidation of the Bankruptcy Estates of Eaze Technologies, Inc. and Stachs LLC*, to be filed in both Debtors' bankruptcy cases.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 15, 2026 at San Francisco, California.

/s/ Michael Kasolas

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600 Oakland, California 94612



Case: 25-30219 Doc# 175-2 Filed: 09/15/26 Entered: 09/15/26 14:48:16 Page 2 of 2